# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

FILED
U.S. District Court
District of Kansas

NOV 1 3 2024

Clerk, U.S. District Court
By_____ Deputy Clerk

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK M. KORNELSON,

    Defendant.

Filed Under Seal

CASE NO. 24-M-6291-01-GEB

## SEALED CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE**
**[21 U.S.C. § 841(a)(1)]**

On or about November 5, 2024, in the District of Kansas, and elsewhere, the defendant,

**PATRICK M. KORNELSON,**

knowingly and intentionally possessed with intent to distribute 500 grams and more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

I further state that I am a Task Force Officer of the United States Department of Homeland Security Investigations, and that this Complaint is based on the following facts:

See accompanying Affidavit, which is incorporated by reference as though set out in full herein and offered in support of a finding that probable cause exists to believe the defendant, Patrick M. Kornelson, committed the offense set forth in this Complaint.

Christopher R. Hehemann
Task Force Officer
U.S. Department of Homeland Security
Investigations

Sworn to before me this 13 day of November, 2024, at Wichita, Kansas.

After reviewing this Complaint and the accompanying Affidavit, there is probable cause to believe that defendant, Patrick M. Kornelson, committed the offense set forth in this Complaint.

Gwynne E. Birzer
United States Magistrate Judge

Signature of Judicial Officer

## PENALTIES

### Count 1 [841(b)(1)(A)]

- Punishable by a term of imprisonment of not less than ten (10) years and not more than life. 21 U.S.C. § 841(b)(1)(A).

- A term of supervised release of at least five (5) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $10 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

If the defendant commits such a violation after a prior conviction for a serious drug felony or serious violent felony has become final, the penalties are:

- A term of imprisonment of not less than ten (15) years and no more than life. 21 U.S.C. § 841(b)(1)(B).

- A term of supervised release of at least ten (10) years. 21 U.S.C. § 841(b)(1)(A).

- A fine not to exceed $20 million. 21 U.S.C. § 841(b)(1)(A).

- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

- Forfeiture.

## AFFIDAVIT

I, Christopher R. Hehemann, of lawful age, being first duly sworn on oath, on information and belief state:

Your Affiant is a Detective with the Sedgwick County (Kansas) Sheriff's Office and Task Force Officer with the United States Department of Homeland Security Investigations. In that capacity, your Affiant was assigned case number 2024-00057327. Based on this investigation your Affiant has probable cause to believe that offenses against the Laws of the State of Kansas and United States of America have been committed, and that KORNELSON, PATRICK MICHAEL, W/M, XX/XX/1975, committed said offenses. All of these events did occur in Sedgwick County, Kansas, on or about November 5, 2024. The basis for probable cause is as follows:

On November 5, 2024, a federal search warrant was conducted at 228 South Gordon Avenue, Wichita, Kansas 67203. The Honorable Gwynne E. Birzer, United States Magistrate Judge, authorized the warrant under United States District Court Case No. 24-M-6276-GEB.

As soon as the law enforcement tactical team arrived at the Gordon residence, a white male, later identified as PATRICK KORNELSON, ran out the back door. KORNELSON ran from the residence wearing only a tank top and boxer shorts. KORNELSON was able to successfully make it past the law enforcement perimeter units and was not taken into custody.

After the residence was cleared, I went inside to effect the search warrant. During my search, I located approximately 3.28 pounds of a crystalline substance, which tested positive for the presence of methamphetamine. Also inside of the residence, I located a pair of jeans with a wallet containing the driver's license for KORNELSON. KORNELSON'S phone was also located on his bed still on the charger.

I know through my ongoing investigation KORNELSON is selling large amounts of methamphetamine out of the Gordon residence. In addition, while reviewing the phone, which was legally seized and processed during the execution of this search warrant, I observed conversations or digital evidence reflecting that KORNELSON was selling methamphetamine in large quantities. The amount of methamphetamine located inside of the residence supports this information. Furthermore, it is my opinion that the quantity of methamphetamine found in the residence was a dealer or distribution quantity.

FURTHER AFFIANT SAITH NOT.

D1952

Christopher R. Hehemann
Detective, Sedgwick County Sheriff's Office
TFO, Department of Homeland Security Investigations

Subscribed and sworn to before me this 13th day of November, 2024.

Gwynne E. Birzer
United States Magistrate Judge

2