IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 24-CR-10141-01-EFM |
| | ) |
| PATRICK KORNELSON, | ) |
| Defendant | ) |

## **UNOPPOSED MOTION TO REOPEN DETENTION HEARING**

Patrick Kornelson waived his federal detention hearing on November 25, 2024. He reserved his right to apply to reopen the hearing "should [his] circumstances change." (Doc. 14). At this time, Mr. Kornelson asserts that his circumstances have changed and is requesting his detention hearing be reopened pursuant to 18 U.S.C. § 3142 (f)(2)(B).

**Procedural History**

Patrick Kornelson was arrested on a warrant on November 14, 2024. He made his first appearance four days later with attorney Gerard Scott. (Doc 6). A detention hearing was scheduled for November 20, 2024. Current counsel entered his appearance November 19, 2024 and the detention hearing was continued to November 25, 2024. Based on the advice of counsel and the circumstances as they were on that date, Mr. Kornelson waived his right to a detention hearing. His arraignment was held on December 4, 2024. (Doc. 18). A scheduling order has yet to be issued in this matter.

**Discussion**

Pursuant to 18 U.S.C. § 3142(f)(2)(B), a detention "hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."

At the time of Mr. Kornelson's initial detention hearing, he was still in the process of detoxing from his daily methamphetamine habit. He was not in the physical or mental condition to be released from detention. Since that hearing Mr. Kornelson has just over 30 days of sobriety.[1] The "physical and mental condition" of Mr. Kornelson are statutory factors to be considered on the issue of detention under the Bail Reform Act.

Given the improvement in Mr. Kornelson's physical and mental condition, he has been able to assist counsel in the gathering of new evidence and the preparation of a release plan that has a "material bearing on the issues whether there are conditions of release that will reasonably assure the appearance of [Mr. Kornelson] and the safety of any other person and the community." Given Mr. Kornelson's prior condition this information did not exist at the time of his initial hearing.

---

[1] At the time of the hearing on this motion, Mr. Kornelson will be nearly two months sober.

Counsel for Mr. Kornelson has been in contact with AUSA Debra Barnett regarding this Motion to Reopen the Detention Hearing. AUSA has advised that the government has no objection to the motion but will move for Mr. Kornelson's continued detention pending trial.

**Conclusion**

Mr. Kornelson respectfully moves this Court to find that his improved physical and mental condition presents a material change in circumstances and to reopen the detention hearing pursuant to 18 U.S.C. § 3142 (f)(2)(B). At the detention hearing, Mr. Kornelson requests the opportunity to address additional available information related to whether he should be released on conditions pending trial. 18 U.S.C. § 3142 (c), (g).

A hearing is requested before Honorable Magistrate Judge Brooks G. Severson on the criminal docket of January 6, 2025.

    s/ James R. Pratt
    JAMES R. PRATT, #17716
    445 N. Waco
    Wichita, Kansas 67202
    Ph: (316) 262-2600
    Fax: (316) 262-2602
    Jim@PrattLawLLC.com
    Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none

s/James R. Pratt
JAMES R. PRATT #17716
Attorney for Defendant
445 N. Waco
Wichita, Kansas 67202
Ph: (316) 262-2600
Fax: (316) 262-2602
Jim@PrattLawLLC.com