Case 6:24-cr-10141-EFM   Document 39   Filed 01/24/25   Page 1 of 2

FILED
U.S. District Court
District of Kansas

JAN 23 2025

Clerk, U.S. District Court
By MAM  Deputy Clerk

Judge Melgren                    24-10141

Your Honor. I'm not good at writing letters.

I'm having an issue at home. I was denied bond on Jan 8th. The same day I was denied my fiancé was admitted to the E.R. The next day she went into surgery and a huge mass was taking out of her. The Doctor knew as soon as he opened her up how bad it was. I still don't want to say the C word and he said it's spreading. I know my past is rocky, and Ms. Barnett isn't wrong and I'm not avoiding whatever the future holds for me. I'm asking to be able to bond and take care of my buisness. I have a beautiful son by this woman and his name is Ryder. He's seven. I told him the other day that his mom got that pain taking out of her stomach but that's all he knows. She has got a long road ahead of her. She is still in the hospital.

If given bond I will do whatever is asked of me. I give you my word as a man. This is a different kind of pain. I would even give you weekly updates.

I don't know if I'm even suppose to write to you. It keeps going through my head that if I'm not trying my damnest to get a chance to help them then I'm not doing something. I'm powerless and I'm asking for help a chance something. I'm praying you get this and read this. I'm sorry if by writing you I did something wrong. If I did then a thousand pardons.

Thank you.

Patrick Kornelsen

Patrick Kornelson #106438
Butler co., KS c/o securus digital Mail Center
P.O. box 21485
Tampa Fla 33622



WICHITA KS 670
16 JAN 2025 PM 3 L

Judge Eric 7 Melgren
401 N. Market
Wichita KS
 -67202

NOTICE!
THIS CORRESPONDENCE WAS MAILED
FROM THE BUTLER COUNTY JAIL
IT'S CONTENTS ARE UNCENSORED

NOTICE!
THIS CORRESPONDENCE WAS MAILED
FROM THE BUTLER COUNTY JAIL
IT'S CONTENTS ARE UNCENSORED

6720282069