### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-CR-10141-EFM |
| ) | |
| PATRICK M. KORNELSON, ) | |
|         Defendant. ) | |
| _____) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**NOW**, on this 18th day of May 2025, Gerard Scott, attorney at law, does hereby give this written notice of his withdrawal of counsel for Patrick M. Kornelson. Mr. Kornelson has been, and is continuing to be, represented by attorney James R. Pratt. Mr. Kornelson will be mailed a copy of this notice on the 19th of May 2025 addressed to Patrick Kornelson, 701 South Stone Road, El Dorado KS 67042.

                                                Respectfully submitted,

                                                */S/ Gerard C. Scott*
                                                Gerard C. Scott, KS #12206
                                                SCOTT LAW, P.A.
                                                310 W. Central, Suite 211
                                                Wichita, Kansas  67202-1013
                                                Telephone: (316) 266-4383  Fax: (316) 333-5543
                                                E-mail:  gerard@scottlawpa.com

### CERTIFICATE OF SERVICE

The undersigned certifies that the original of this motion to withdraw was filed with the clerk of the district court, by the court's CM/ECF system and notice will be made pursuant thereto. Additionally, copies of this notice were emailed to James R. Pratt at jim@prattlawllc.com and Debra Barnett at Debra.Barnett@usdoj.gov.

                                                */S/ Gerard C. Scott*
                                                Gerard C. Scott, KS #12206