# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 24-10141-01,02,03-EFM |
| | ) | |
| PATRICK KORNELSON, | ) | |
| CAMERON RIGSBY, and | ) | |
| TYLER DEVANEY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER FOR CONTINUANCE

Now on this 20th day of May, 2025, the above matter comes before the Court on the

Defendant, Cameron Rigsby's Motion for Continuance (Doc. 51) of the status conference, jury

trial, and motion deadline for 60 days.  The government does not object to this request.

Having reviewed the motion, and being familiar with the case history, this Court finds the

following reasons:

1.      The current schedule for this case is:

    a.      Status conference:  May 19, 2025, at 10:00 a.m.;

    b.      Jury trial:  June 3, 2025, at 9:00 a.m.

    c.      Motion deadline:  April 28, 2025

2.      Mr. Rigsby was arraigned on December 30, 2024.

3.      Current counsel was recently retained and entered his appearance on May 19,

    2025.  Prior to his entry, the current counsel appeared at the status conference on

    May 19, 2025, and informed the Court, counsel for the co-defendants, and counsel

for the government of his intent to enter his appearance and request a 60 day continuance.

4.    The government does not oppose the continuance.

5.    Due to counsel recently entering his appearance in this matter, and due to counsel's current caseload and schedule, additional time is necessary, beyond the above trial date, for counsel's effective preparation, taking into account counsel's exercise of due diligence.  18 U.S.C. Section 3161(h)(7)(B)(iv).  Counsel needs additional time to fully review the discovery with the Defendant, and determine an appropriate strategy for proceeding forward with this matter.

6.    Defendant Rigsby has been informed of the statutory right to a speedy trial, and does not object to the tolling of speedy trial time during the period from the filing of this motion to the Court's order on the motion, and the period of the initial trial setting to the new trial setting scheduled by the Court.

7.    Mr. Rigsby is currently in custody at Butler County Detention Center in El Dorado, Kansas.

For these reasons, the Court finds that additional time is necessary for counsel's effective preparation taking into account counsel's exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  This Court further finds that the period of delay resulting from this continuance shall be excluded from computing time under the Speedy Trial Act, because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

Specifically, the time from May 19, 2025, 2023, to the Court's ruling on this motion to continue is excluded, as is the time from the trial setting of June 2, 2025, to the new trial setting of August 5, 2025.

This Court, therefore, grants the requested continuance, and imposes the following deadlines:

1. Motions deadline is July 7, 2025.

2. Status conference July 28, 2025 at 10:30 a.m., U.S. Courthouse, Wichita, Kansas, Room 414.

3. Jury trial August 5, 2025 at 9:00 a.m., U.S. Courthouse, Wichita, Kansas, Room 408.

It is, therefore, ordered that Defendant's Motion for Continuance (Doc. 51) is granted.

So ordered on this 20th day of May, 2025.


ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE