IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>vs. )<br>  )<br>PATRICK KORNELSON )<br>    Defendant; )<br>_____) | Case No. 2024-CR-10141-01-JWB |

### UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the Defendant, Patrick Kornnelson by and through his attorney, James Pratt, and moves this Court to continue the deadline for motions, status conference, and jury trial for not less than 30 days from the current change of plea date of July 18, 2025.

1. On Friday, July 18, 2025, counsel received a telephone call from AUSA Debra Barnett. AUSA Barnett informed counsel that agents have finally completed the download of Mr. Kornelson's phone.

2. AUSA Barnett agreed to a continuance of the previously set change of plea hearing to allow Mr. Kornelson and his counsel time to review and evaluate this new information.

3. The defense is therefore requesting a continuance of 30 days so that this additional evidence can be reviewed and evaluated in the exercise of due diligence.

1

For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" Id. at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

Mr. Kornelson therefore ask this Court to make the required findings and continue the pretrial motions deadline, status conference, and jury trial for no less than 30 days from the current change of plea date.

          RESPECTFULLY SUBMITTED

          _s/ James R. Pratt_  
          JAMES R. PRATT, #17716  
          445 N. Waco  
          Wichita, Kansas 67202  
          Ph: (316) 262-2600  
          Fax: (316) 262-2602  
          Jim@PrattLawLLC.com  
          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to each counsel of record in this case.

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None

                                              s/James R. Pratt
                                              JAMES R. PRATT #17716