IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,      )
    Plaintiff,                                )
 vs.                                                  ) Case No. 2024-CR-10141-01-EFM
                                                  )
PATRICK KORNELSON                   )
    Defendant;                             )
                                                  )

## ORDER FOR CONTINUANCE

The above matter comes before the Court on Defendant Motion for Continuance (Doc. 72) for not less than 30 days.

Having reviewed the motion, and being familiar with the case history, this Court finds the following:

1. On Friday, July 18, 2025, counsel received a telephone call from AUSA Debra Barnett. AUSA Barnett informed counsel that agents have finally completed the download of Mr. Kornelson's phone.

2. AUSA Barnett agreed to a continuance of the previously set change of plea hearing to allow Mr. Kornelson and his counsel time to review and evaluate this new information.

3. The defense is therefore requesting a continuance of 30 days so that this additional evidence can be reviewed and evaluated in the exercise of due diligence.

For these reasons, the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7). "[S]ubsection (h)(7) expressly accounts for the possibility that a district court would need to delay a trial to give the parties adequate preparation time." *Bloate v. United States*, 559 U.S. 196, 213 (2010). "[A] district court may exclude preparation time under subsection (h)(7) if it grants a continuance for that purpose based on recorded findings 'that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.'" Id. at 214. This subsection provides "[m]uch of the Act's flexibility," and gives district courts "discretion . . . to accommodate limited delays for case specific needs." *Zedner v. United States*, 547 U. S. 489, 498-99 (2009). Those needs are present here.

It is therefore ordered that the Motion for Continuance (Doc. 72) is granted, and the change of plea hearing will be scheduled for August 15, 2025 at 2:30 p.m. in Courtroom 408.

IT IS SO ORDERED, this 21st day of July, 2025.

_____
HONORABLE ERIC F. MELGREN
U.S. CHIEF DISTRICT JUDGE